FILED

E-FILING

2008 AUG 14 A 9 36

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JW

CR08-90409MISC

IN THE MATTER OF THE
EXTRADITION OF PIERRIE ANTOINE
BATE

Misc. No.

ORDER

UNDER SEAL

BEFORE ME, a United States Magistrate Judge for the Northern District of

California, personally appeared Assistant United States Attorney Philip J. Kearney, the

complainant herein, whose complaint made under oath in accordance with 18 U.S.C.

§ 3184 sets forth facts on the basis of which I find probable cause to believe that PIERRIE

ANTOINE BATE should be apprehended and brought before this Court to the end that the

evidence of criminality may be heard and considered as provided in 18 U.S.C. § 3184,

and the Extradition Treaty between the United States and the United Kingdom.

IT IS THEREFORE ORDERED that a warrant for the arrest of PIERRIE ANTOINE

BATE be issued.

DATED: August 14, 2008

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER