| DOCUMENTS UNDER SEAL ☒ | TOTAL TIME (mins): 5 min. | |
|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Corinne Lew | REPORTER/FTR<br>FTR |
| MAGISTRATE JUDGE<br>Patricia V. Trumbull | DATE<br>8/14/08 | NEW CASE ☐ | CASE NUMBER<br>CR 08-90409 MISC JW |

### APPEARANCES

| DEFENDANT<br>Pierre Antoine Bate | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Cynthia Lie | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Philip Kearney/K. Waldinger | INTERPRETER | | | FIN. AFFT SUBMITTED ☒ | COUNSEL APPT'D ☒ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>A. Granados | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ | |

### PROCEEDINGS SCHEDULED TO OCCUR

☐ INITIAL APPEAR  ☐ PRELIM HRG  ☐ MOTION  ☐ JUGM'T & SENTG  ☐ STATUS
☐ I.D. COUNSEL  ☐ ARRAIGNMENT  ☐ BOND HEARING  ☐ INITIAL APPEAR REV PROB OR S/R  ☐ OTHER
☐ DETENTION HRG  ☐ ID / REMOV HRG  ☐ CHANGE PLEA  ☐ PROB. REVOC.  ☐ ATTY APPT HEARING

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS  ☐ ADVISED OF CHARGES  ☐ NAME AS CHARGED IS TRUE NAME  ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION  ☐ ARRAIGNED ON INDICTMENT  ☐ READING WAIVED SUBSTANCE  ☐ WAIVER OF INDICTMENT FILED

### RELEASE

☐ RELEASED ON O/R  ☐ ISSUED APPEARANCE BOND  AMT OF SECURITY $  SPECIAL NOTES  ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED  ☐ CASH $   CORPORATE SECURITY ☐   REAL PROPERTY: ☐

☐ MOTION FOR DETENTION  ☐ PRETRIAL SERVICES REPORT  ☐ DETAINED  ☐ RELEASED  ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED  ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED  ☐ NOT GUILTY  ☐ GUILTY  GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED  ☐ CHANGE OF PLEA  ☐ PLEA AGREEMENT FILED  OTHER:

### CONTINUANCE

| TO:<br>8/20/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>11:00 AM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>Patricia V. Trumbull | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS