United States District Court
Northern District of California

# DOCUMENT LOCATOR

**CASE NUMBER**    <u>CR- 08 - 90409 - JW</u>

**DATE FILED**    <u>8 - 20 - 08</u>

**DOCUMENT NUMBER**    8

  **Reporter's Transcript** _____

  **Trial Exhibits**   Gov't Exhibit # 1 (Declaration of Susan Torre

  **Lodged Documents** _____

  **Sealed Documents** _____

  **CJA Financial Documents** _____

  **Judgment and Commitment** _____

  **Other** _____

**LOCATION**

  **Expando File** ✓
  (Located next to case file)

  **Overflow Shelf** _____

  **Sealed Room** _____

  **Financial File (Vault)** _____

  **Volume 1 (Top)** _____

  **Other** _____