# United States District Court
## Northern District of California

# DOCUMENT LOCATOR

**CASE NUMBER**  CR- 08 -90409 -JW

**DATE FILED**  8 - 20 - 08

**DOCUMENT NUMBER**  9

Reporter's Transcript  _____

Trial Exhibits  Gov't Exhibit # 2 ( Certificate to be Attached To Documentary Evidence Requisition in the US for Extradition

Lodged Documents

Sealed Documents  _____

CJA Financial Documents  _____

Judgment and Commitment  _____

Other  _____  )

## LOCATION

Expando File  ✓
(Located next to case file)

Overflow Shelf  _____

Sealed Room  _____

Financial File (Vault)  _____

Volume 1 (Top)  _____

Other  _____