United States District Court
Northern District of California

# DOCUMENT LOCATOR

**CASE NUMBER**  CR-08-90409-JW

**DATE FILED**  8-20-08

**DOCUMENT NUMBER**  10

Reporter's Transcript  _____

Trial Exhibits  Gov't Exhibit #3 (The Extradition of Pierre Antoine Bote from the U.S.A)

Lodged Documents  _____

Sealed Documents  _____

CJA Financial Documents  _____

Judgment and Commitment  _____

Other  _____

## LOCATION

Expando File
(Located next to case file)  _____

Overflow Shelf  _____

Sealed Room  _____

Financial File (Vault)  _____

Volume 1 (Top)  _____

Other  _____