United States District Court
Northern District of California

# DOCUMENT LOCATOR

**CASE NUMBER**   <u>**CR**-08 -90409 - JW</u>

**DATE FILED**   <u>8 -20 - **08**</u>

**DOCUMENT NUMBER**   <u>11</u>

Reporter's Transcript   _____

~~Trial~~ Exhibits   Gov't Exhibit #4 (Letter)

Lodged Documents   _____

Sealed Documents   _____

CJA Financial Documents   _____

Judgment and Commitment   _____

Other   _____

## LOCATION

Expando File
(Located next to case file)   ✓

Overflow Shelf   _____

Sealed Room   _____

Financial File (Vault)   _____

Volume 1 (Top)   _____

Other   _____