FILED
AUG 20 2008
CLERK
NORTHERN DISTRICT COURT
SAN JOSE CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN THE MATTER OF THE EXTRADITION ) No. CR-08-90409 MISC JW/PVT
OF PIERRE ANTOINE BATE )
) [PROPOSED] ORDER ON HEARING RE
) EXTRADITION
)
)
) The Honorable Patricia V. Trumbull
)
)
)

Having duly heard and considered the evidence of criminality in the above-captioned matter pursuant to 18 U.S.C. §3184 *et seq.*, this Court hereby finds as follows:

1. That this Court has jurisdiction to conduct the proceedings;

2. That this Court has jurisdiction over Respondent Pierre Antoine Bate ("Mr. Bate");

3. That there exists a valid extradition treaty between the United Kingdom and the United States ("Treaty"), and that treaty is in full force and effect;

4. That the offenses of Indecent Assault, in violation of Section 14(a) of the Sexual Offences Act of 1956 ("Indecent Assault"), and Burglary, in violation of Section 9(1)(b) of the Theft Act of 1968 ("Burglary"), are extraditable offenses under the terms of the Treaty, being punishable under the laws in both the United Kingdom

1     and the United States by deprivation of liberty for a period of one year or more;

2     5.     That there is competent legal evidence to provide a reasonable basis to believe

3            that the person whose extradition is sought committed the offenses of Indecent

4            Assault and Burglary.

5     Accordingly, the Court hereby certifies the above findings to the Secretary of State in

6 order that a warrant may issue for the surrender of Pierre Antoine Bate, and orders that Mr. Bate

7 be committed to the custody of the United States Marshal Service for surrender to the United

8 Kingdom pursuant to 18 U.S.C. §3188.

9     It is so ordered.

11 Dated: August 20, 2008

12                                       PATRICIA V. TRUMBULL

13                                       United States Magistrate Judge

[Proposed] Order on Hearing Re Extradition      2